C.E.C. ELECTRICAL MANUFACTURING CO., LTD., PLAINTIFF *v.*
UNITED STATES, DEFENDANT

Court No. 92–01–00014

(Dated January 5, 1994)

## JUDGMENT

RESTANI, *Judge:* Upon consideration of defendant's remand results dated May 14, 1993 and plaintiff's comments thereon dated May 26, 1993,

IT IS HEREBY ORDERED: that defendant's remand determination is affirmed.

FORMER EMPLOYEES OF MIDDLE ATLANTIC WAREHOUSE DIST. INC., PLAINTIFFS
*v.* ROBERT B. REICH, U.S. SECRETARY OF LABOR, DEFENDANT

Court No. 93–02–00088

(Dated January 6, 1994)

## JUDGMENT

CARMAN, *Judge:* Upon consideration of the failure to prosecute this action with due diligence by plaintiffs, appearing pro se, despite being provided notice by the Court of plaintiffs' need to file timely a USCIT Rule 56.2 brief, it is hereby

ORDERED this case is dismissed pursuant to USCIT Rule 41(b)(2).